160 A.3d 709

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. RAYMOND F. DELORENZO, JR. (A/K/A RAYMOND F. DELOREZO), DEFENDANT–PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001512–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.